UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-04023-SSC Date: August 31, 2026

Title Angel de Jesus Sanchez Lopez v. Markwayne Mullin, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Directing Respondents to File Bond Hearing Transcript**

On July 18, 2026, Petitioner Angel de Jesus Sanchez Lopez filed, through counsel, a petition for writ of habeas corpus by person in federal custody pursuant to 28 U.S.C. § 2241. (ECF 1.) Petitioner is a noncitizen in immigration detention in Adelanto, California. (*Id.* at 3.)

On July 28, 2026, the Court issued an order granting the petition and enjoining Respondents from continuing to detain Petitioner unless no later than August 4, 2026, he was provided with an individualized bond hearing at which the government must bear the burden of showing by clear and convincing evidence that Petitioner poses a flight risk or danger to the public, and the immigration judge (IJ) must exercise discretion to make an individualized determination whether Petitioner should be detained pending removal proceedings. (ECF 11 at

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-04023-SSC | Date: | August 31, 2026 |
| Title | Angel de Jesus Sanchez Lopez v. Markwayne Mullin, et al. | | |

5.) The Court's judgment was entered the same day, and the case was closed. (ECF 12.)

On August 16, 2026, Petitioner filed an application to enforce the Court's order. (ECF 13.) Petitioner's application confirms that, consistent with this Court's July 28, 2026 order, Respondents provided Petitioner with an individualized bond hearing before an IJ pursuant to § 1226(a) on August 4, 2026. (*Id.* at 2.) Petitioner attaches to his application a copy of the IJ's order. (ECF 13-1 at 5–7.)

The Court ORDERS Respondents to file no later than **September 8, 2026**, a copy of any transcript from the August 4, 2026 hearing. If no hearing transcript is available, informal or official, Respondents should provide a copy of the audio recording.

**IT IS SO ORDERED.**

:

Initials of Preparer **ts**